IN THE UNITED STATES DISTRICT COURT OF PENNSYLVANIA
EASTERN DISTRICT

CARLOS HAIRSTON,
PETITIONER

NO.

V.

SCI FOREST SUPERINTENDENT;
CHESTER COUNTY DISTRICT ATTORNEY;
RESPONDENT(S)

## MEMORANDUM OF LAW SUPPORTING
## § 2254 PETITION OF HABEAS CORPUS

**Claim # 1** :   Plea court imposed a mandatory minimum for persons not to possess firearms in violation of Alleyne v. United States, 570 U.S. (2013). The charging Statute is § 6105, the sentencing statute used is subsection § 9712.1, which has been ruled unconstitutional pursuant to Supreme court ruling in Apprendi and Alleyne. Sixth Amendment guarantees that any element used to impose a mandatory minimum sentence must be charged in the information and proven to a jury beyond a reasonable doubt standard. See United States v. Summer, 2022 U.S. (D.D.C. 2022) which states that a binding plea agreement required summer to serve what would become an illegal sentence. The court said it didn't since it was the product of a threat of an unconstitutional punishment.

**Claim # 2** :  Plea counsel was ineffective for not asserting that Hariston persons not to possess firearms sentence was illegal. Which is violative of petitioner's Sixth Amendment and Fourteenth Amendment rights. Which calls for vacate and remand of the petitioner's sentence. See Gideon v. Wainwright, 372 U.S. 335, 83 S.Ct. 792, 9 L.Ed.2d 799 (1963).

**Claim # 3**: Hairston's plea was involuntary and unknowing because he didnot recieve pretrial notice of prosecution's intent to seek a mandatory sentence for his conviction of firearms possession. The petitioner was never given notice of the Commonwealth's intent to sentence him to a mandatory sentence after the decision in Alleyne, which is a Sixth Amendment Rule notice of the consequences the petitioner faces is Constitutionally mandated by Rule 590 Pa. R. Crim. P. 590, the An increase in sentence is not required to establish prejudice, as "any amount of actual jail time has Sixth Amendment Significance. See Glover v. United States, 531 U.S. 198, 203-04 (2001).

WHEREFORE, The petitioner ask this Honorable Court to grant the Writ of habeas corpus after consideration of the above argued case laws supporting petition.

Date:

**First class U.S. Mail:**

Chester County District Attorney (1 Copy)

Clerk of Courts United States District Court (1 Copy)

Respectfully Submitted,

*Caln H.ta*

CHILDS IHAIRSTON # QH4751
SCI Forest
P.O. Box 945
Marienville, PA 16239

Smart Communications / PA DOC
Inmate Name CARLOS HAIRSTON
SCI Forest
PO Box 33028
St Petersburg, FL 33733

DC # QH-4751

U.S.M.S.
X-RAY
EASTERN DISTRICT OF PENNSYLVANIA
OFFICE OF:
CLERK UNITED STATES DISTRICT COURT
PHILADELPHIA, PA. 19106-9865

U.S.M.S.
X-RAY

RECEIVED
DEC - 9 2022

Inmate Mail Dept. of Corrections

LEGAL MAIL



INMATE MAIL

neopost
12/07/2022
US POSTAGE
$001.92
FIRST-CLASS MAIL
ZIP 16239
041L12205275