IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLOS HAIRSTON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| | : | **NO. 22-4937** |
| | : | |
| **SUPERINTENDENT SCI FOREST, et al.** | : | |

## ORDER

**AND NOW**, this 27th day of November, 2023, upon careful and independent consideration of the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

Hon. Mia R. Perez